**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. TDC-25-355** |
| **ANTON MICAH ERIK WOOD** | * | |

*** * * * ***

## MOTIO N TO STRIKE APPEARANCE

James Wyda, Federal Public Defender for the District of Maryland, and Cara Halverson, Assistant Federal Public Defender, hereby move this Honorable Court for an Order striking the appearance of Assistant Federal Public Defender Cara Halverson, as counsel for Defendant, Anton Micah Erik Wood.

Respectfully submitted,
JAMES WYDA
Federal Public Defender

/s/

CARA HALVERSON, (MD #1506160180)
Assistant Federal Public Defender
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: cara_halverson@fd.org